**DISMISS; Opinion issued February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01388-CV

### ISABELLE AGUILAR, Appellant
### V.
### STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-12486**

## MEMORANDUM OPINION
Before Chief Justice Wright, and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By postcard dated October 11, 2012 we notified appellant the $175 filing fee was due. We cautioned appellant that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Also by postcard dated October 11, 2012, we notified appellant she had not filed a docketing statement. We directed appellant to file a docketing statement within ten days. We cautioned appellant that failure to do so might result in the dismissal of this appeal. To date, appellant has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss the appeal.  *See* Tex. R. App. P. 42.3(b), (c).


　　　　　　　　　　　　　　　　/Carolyn Wright/
　　　　　　　　　　　　　　　　CAROLYN WRIGHT
　　　　　　　　　　　　　　　　CHIEF JUSTICE



121388F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ISABELLE AGUILAR, Appellant

No. 05-12-01388-CV          V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 11-12486.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY recover its costs of this appeal from appellant ISABELLE AGUILAR.


Judgment entered February 20, 2013.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE